# EXHIBIT 1

# Allegheny County Department Of Court Records

## Civil/Family Division Docket Report

Run Date and Time: 4/17/2018 - 11:47:11

**GD-18-004147**  Culbertson III vs Hyliion Inc.

| Filing Date: | 3/26/2018 | Case Type: | Employment Discrimination |
| --- | --- | --- | --- |
| Related Cases: | | Court Type: | General Docket |
| Consolidated Cases: | | Current Status: | Acceptance of Service |
| Judge: | No Judge | Jury Requested: | N |
| Amount In Dispute: | $ 0 | | |

**--Parties--**

| LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
| --- | --- | --- | --- | --- | --- | --- |
| Culbertson III | Robert | F. | Plaintiff | | -- | David B Spear |
| Hyliion Inc. | | | Defendant | | -- | -- |

**--Attorney--**

| LName | FName | MI | Type | Address | Phone |
| --- | --- | --- | --- | --- | --- |
| Spear | David | B | Plaintiff's Attorney | -- | 4122015525 |

**--Non Litigants--**

| LName | FName | MI | Type | Address | Phone |
| --- | --- | --- | --- | --- | --- |
| No Litigants Found | | | | | |

**--Docket Entries--**

| Filing Date | Docket Type | Docket Text | Filing Party |
| --- | --- | --- | --- |
| 4/11/2018 | Acceptance of Service | of complaint on 4/10/18 by Mark T. Phillis Esq. on behalf of defendant | Robert Culbertson III F. |
| 3/26/2018 | Complaint | | Robert Culbertson III F. |

**--Judgments Against--**

| Name | Amount | Satisfied(Y,N) |
| --- | --- | --- |
| No Judgments Found | | |

**--Events Schedule--**

| Event Scheduled | Event Date & Time | Room Number | Judge/Hearing Officer |
| --- | --- | --- | --- |
| No Information Found | | | |